UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No.  3:13-cr-170 |
| | ) | |
| **Plaintiff,** | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | |
| | ) | Judge Susan Dlott |
| **MUZAFFAR MIRSOLIYEV,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1015(a)]

On or about August 23, 2013, in the Southern District of Ohio, defendant **MUZAFFAR MIRSOLIYEV** knowingly made a false statement under oath, in a case, proceeding, and matter relating to, and under, and by virtue of, a law of the United States relating to naturalization, citizenship, and registry of aliens.

In violation of Title 18, United States Code, Section 1015(a).

CARTER M. STEWART
United States Attorney

_____
LAURA I. CLEMMENS
Chief, Dayton Branch Office

1