United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Chief Judge Susan Dlott, District Judge Walter H. Rice

FROM: Phil Butler, Case Administrator

DATE: 11/21/2013

SUBJECT: Case Caption: USA v. Muzaffar Mirsoliyev

CASE: Case Number: 3:13-cr-170

DISTRICT JUDGE: Susan Dlott

File Date: 11/21/2013

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Mirsoliyev et al**

Case Number: **3:13-cr-130**   District Judge: **Walter H. Rice**

File Date: **08/29/2013**   Magistrate Judge:


**Related Case(s):**

Case Caption:

Case Number:   District Judge:

File Date:   Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Case Administrator **Phil Butler**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge **Rice**

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____

s/ Susan Dlott
United States District Judge

s/ Walter H. Rice
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*